UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BUZZMARKETING, LLC,<br>117-119 N. Olive Street<br>Media, PA 19063<br><div align="right">Plaintiff,</div><br>v.<br><br>THE UPPER DECK COMPANY, LLC,<br>5909 Sea Otter Place<br>Carlsbad, CA 92008-6621<br><br><br><div align="right">Defendant.</div> | Case No. |

### DEFENDANT'S CERTIFICATION OF FILING OF COPY OF NOTICE OF REMOVAL WITH STATE COURT

I, Samuel E. Cohen, Esquire, counsel for Defendant, The Upper Deck Company, LLC, hereby certify that on July 29, 2003, I caused to be filed a certificate copy of Defendant's Certified Notice of Removal, to be filed with the Prothonotary of the Court of Common Pleas of Delaware County, Pennsylvania, wherein is pending the State Court action which is subject of the removal.

**MARSHALL, DENNEHEY, WARNER,<br>  COLEMAN & GOGGIN**

_____
Samuel E. Cohen, PA Atty I.D. No. 78996
**MARSHALL, DENNEHEY, WARNER,<br>  COLEMAN & GOGGIN**
1845 Walnut Street
17th Floor
Philadelphia, PA 19103
Telephone: (215) 575-2587
Attorneys for The Upper Deck Company, LLC

Of Counsel:

Edward S. Zusman
Kevin K. Eng
**MARKUN ZUSMAN & COMPTON LLP**
601 Montgomery Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 438-4515

DATE:  July 29, 2003