UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BUZZMARKETING, LLC,<br>117-119 N. Olive Street<br>Media, PA 19063<br>                      Plaintiff,<br><br>       v.<br><br>THE UPPER DECK COMPANY, LLC,<br>5909 Sea Otter Place<br>Carlsbad, CA 92008-6621<br><br><br>                      Defendant. | Case No. |

### *NOTICE OF FILING OF NOTICE OF REMOVAL*

**TO:**    Kathleen K. Barksdale, Esquire
           JOHN CHURCHMAN SMITH & ASSOCIATES, P.C.
           117-119 North Olive Street
           P.O. Box 229
           Media, PA 19063-0229

      **PLEASE TAKE NOTICE** that Defendant, The Upper Deck Company, LLC, on July 28, 2003, filed in this Court a Notice of Removal of the State Court Action docketed in the Court of Common Pleas of Delaware County, Pennsylvania, at Civil Action No. 03-7255.

      A copy of the Notice of Removal is attached and served with this Notice.

      **PLEASE TAKE FURTHER NOTICE THAT** a certified copy of the Notice of Removal was filed this same date with the Prothonotary of the Court of Common Pleas of Delaware County, Pennsylvania.

**PLEASE BE ADVISED** that by virtue of 28 U.S.C. §1446(d) the state action is now removed to this Court. The State Court has no further jurisdiction over this action and you should proceed no further in that Court or under its authority.

        **MARSHALL, DENNEHEY, WARNER,**
         **COLEMAN & GOGGIN**

        _____
        Samuel E. Cohen, PA Atty I.D. No. 78996
        **MARSHALL, DENNEHEY, WARNER,**
         **COLEMAN & GOGGIN**
        1845 Walnut Street
        17th Floor
        Philadelphia, PA 19103
        Telephone: (215) 575-2587

        Attorneys for The Upper Deck Company, LLC

Of Counsel:

Edward S. Zusman, CA Atty. I.D. 154366
Kevin K. Eng, CA Atty I.D. 209036
**MARKUN ZUSMAN & COMPTON LLP**
601 Montgomery Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 438-4515

Date:  July 29, 2003