IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BUZZMARKETING, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE UPPER DECK COMPANY, LLC | : | NO. 03-4392 |

ORDER

**AND NOW**, this 11th day of August, 2003, it is **ORDERED** that the management track of this case shall be changed from "ELIGIBLE FOR ARBITRATION" to "STANDARD." The Clerk shall modify the docket accordingly.

BY THE COURT:

_____
Berle M. Schiller, J.