IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BUZZMARKETING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UPPER DECK COMPANY, LLC,<br><br>Defendant. | Civil Action No. 03-4392 |

**DEFENDANT'S MOTION REQUESTING ORAL ARGUMENT**
**ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
**OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT**

Defendant, The Upper Deck Company, LLC, by and through its attorneys, Marshall, Dennehey, Coleman & Goggin, and Markun Zusman & Compton, LLP, hereby requests oral argument on Defendant's motion for summary judgment of all the claims in this action, or in the alternative partial summary judgment on individual claims. In support thereof, Defendant submits this motion, and incorporates by reference the attached memorandum of law.

Accordingly, Defendant respectfully requests that this Honorable Court grant the instant motion.

_____
SAMUEL E. COHEN, ESQUIRE
Attorney I.D. No. 78996
Marshall, Dennehey, Warner,
Coleman & Goggin
1845 Walnut Street, 17th Floor
Philadelphia, PA 19103
(215) 575-2587

(Counsel continued on next page)

EDWARD S. ZUSMAN, ESQUIRE
Admitted Pro Hac Vice
(CA Attorney I.D. 154366)
KEVIN K. ENG, ESQUIRE
Admitted Pro Hac Vice
(CA Attorney I.D. 209036)
Markun Zusman & Compton LLP
601 Montgomery Street, Suite 900
San Francisco, CA 94111
(415) 438-4515

Attorneys for Defendant,
The Upper Deck Company, LLC

Date: March 15, 2004

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BUZZMARKETING, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>THE UPPER DECK COMPANY, LLC,<br><br>    Defendant. | Civil Action No. 03-4392 |

**MEMORANDUM OF LAW IN SUPPORT OF
DEFENDANT'S MOTION REQUESTING ORAL ARGUMENT ON
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
<u>OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT</u>**

  Defendant, The Upper Deck Company, LLC ("Upper Deck"), by and through its attorneys, Marshall, Dennehey, Warner, Coleman & Goggin, and Markun Zusman & Compton, LLP, hereby submits this Memorandum of Law In Support of its Motion Requesting Oral Argument On Defendant's Motion for Summary Judgment or In The Alternative Partial Summary Judgment.

  Upper Deck requests oral argument on its motion for summary judgment or in the alternative partial summary judgment because it is an interested party within the meaning of Rule 7.1(f) of the Court's Local Rules of Civil Procedure.

                _____
                SAMUEL E. COHEN, ESQUIRE
                Attorney I.D. No. 78996
                Marshall, Dennehey, Warner,
                Coleman & Goggin
                1845 Walnut Street, 17th Floor
                Philadelphia, PA 19103
                (215) 575-2587

2

                                      EDWARD S. ZUSMAN, ESQUIRE
                                      Admitted Pro Hac Vice
                                      (CA Attorney I.D. 154366)
                                      KEVIN K. ENG, ESQUIRE
                                      Admitted Pro Hac Vice
                                      (CA Attorney I.D. 209036)
                                      Markun Zusman & Compton LLP
                                      601 Montgomery Street, Suite 900
                                      San Francisco, CA 94111
                                      (415) 438-4515

                                      Attorneys for Defendant,
                                      The Upper Deck Company, LLC

Date: March 15, 2004

## **CERTIFICATE OF SERVICE**

I, Samuel E. Cohen, Esquire, hereby certify that a true and correct copy of Defendant's Motion Requesting Oral Argument On Defendant's Motion For Summary Judgment or in the Alternative Partial Summary Judgment was served on this 26th day of March, 2004, via first class mail, postage prepaid, upon the following:

Kathleen K. Barksdale, Esquire
John Churchman Smith & Associates, P.C.
117-119 North Olive Street
P.O. Box 229
Media, PA 19063-0229

_____
SAMUEL E. COHEN, ESQUIRE