**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BUZZMARKETING, LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>THE UPPER DECK COMPANY, LLC,<br><br>                Defendant. | Civil Action No. 03-4392 |

## **ORDER**

      AND NOW, this _____ day of _____, 2003, upon consideration of the Motion of Defendant, The Upper Deck Company, LLC, requesting oral argument on its motion for summary judgment or in the alternative for partial summary judgment, it is hereby ORDERED and DECREED that the Motion is GRANTED.  Oral argument shall be heard on _____, 2004, at _____.

 

                                                              _____
                                                              Honorable Berle M. Schiller, U.S.D.J.