IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BUZZMARKETING, LLC,<br><br>               Plaintiff,<br><br>v.<br><br>THE UPPER DECK COMPANY, LLC,<br><br>               Defendant. | Civil Action No. 03-4392 |

**DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT**

Defendant, The Upper Deck Company, LLC, by and through its attorneys, Marshall, Dennehey, Coleman & Goggin, and Markun Zusman & Compton, LLP, hereby moves for leave to file a Reply to Plaintiff's opposition to Defendant's motion for summary judgment of all the claims in this action, or in the alternative partial summary judgment on individual claims. Attached hereto as Exhibit A is the Reply To Plaintiff's Opposition To Motion For Summary Judgment Or In the Alternative Partial Summary Judgment for which Defendant seeks leave to file.

Accordingly, Defendant respectfully requests that this Honorable Court grant the instant motion.

                                                             _____
                                                             SAMUEL E. COHEN, ESQUIRE
                                                             Attorney I.D. No. 78996
                                                             Marshall, Dennehey, Warner,
                                                             Coleman & Goggin
                                                             1845 Walnut Street, 17th Floor
                                                             Philadelphia, PA 19103
                                                             (215) 575-2587
                                                            (Counsel continued on next page)

                                        EDWARD S. ZUSMAN, ESQUIRE
                                        Admitted Pro Hac Vice
                                        (CA Attorney I.D. 154366)
                                        KEVIN K. ENG, ESQUIRE
                                        Admitted Pro Hac Vice
                                        (CA Attorney I.D. 209036)
                                        Markun Zusman & Compton LLP
                                        601 Montgomery Street, Suite 900
                                        San Francisco, CA 94111
                                        (415) 438-4515

                                        Attorneys for Defendant,
                                        The Upper Deck Company, LLC

Date: April 8, 2004

## CERTIFICATE OF SERVICE

I, Samuel E. Cohen, Esquire, hereby certify that a true and correct copy of Defendant's Motion For Leave To File Reply To Plaintiff's Opposition To Motion For Summary Judgment or in the Alternative Partial Summary Judgment was served on this 8th day of April, 2004, via first class mail, postage prepaid, upon the following:

Kathleen K. Barksdale, Esquire
John Churchman Smith & Associates, P.C.
117-119 North Olive Street
P.O. Box 229
Media, PA 19063-0229

_____
SAMUEL E. COHEN, ESQUIRE