IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BUZZMARKETING, LLC, | Civil Action No. 03-4392 |
| Plaintiff, | |
| v. | |
| THE UPPER DECK COMPANY, LLC, | |
| Defendant. | |

## ORDER

AND NOW, this _____ day of _____, 2004, upon consideration of the Motion of Defendant, The Upper Deck Company, LLC, for leave to file a Reply To Plaintiff's Opposition To Motion For Summary Judgment Or In The Alternative Partial Summary Judgment, it is hereby ORDERED and DECREED that the Motion is GRANTED.  This Order is to be docketed as of the date of its signing.

_____
Honorable Berle M. Schiller, U.S.D.J.