IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BUZZMARKETING, LLC, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE UPPER DECK COMPANY, LLC, | : | No. 03-4392 |
|     Defendant. | : | |

## ORDER

AND NOW, this **29th** day of **July**, **2004**, it is hereby **ORDERED** that:

Pursuant to Federal Rule of Civil Procedure 54(d), Defendant The Upper Deck Company, LLC's Bill of Costs (Document No. 23) and Plaintiff's objections thereto (Document No. 24) are referred to the Clerk of Court.

BY THE COURT:

_____
**Berle M. Schiller, J.**