IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BUZZMARKETING, LLC, | Civil Action No. 03-4392 |
| Plaintiff, | |
| v. | |
| THE UPPER DECK COMPANY, LLC, | |
| Defendant. | |

## NOTICE OF CHANGE OF FIRM ADDRESS

PLEASE TAKE NOTICE that, effective August 16, 2004, the San Francisco Office of Markun Zusman & Compton LLP will be:

Markun Zusman & Compton LLP
465 California Street, 5th Floor
San Francisco, CA 94104
Telephone: (415) 438-4515
Facsimile: (415) 434-4505

BY: _____
SAMUEL E. COHEN, ESQUIRE
Attorney I.D. No. 78996
Marshall, Dennehey, Warner,
Coleman & Goggin
1845 Walnut Street, 17th Floor
Philadelphia, PA 19103
(215) 575-2587

EDWARD S. ZUSMAN, ESQUIRE
(CA Attorney I.D. 154366)
KEVIN K. ENG, ESQUIRE
(CA Attorney I.D. 209036)
Markun Zusman & Compton LLP
601 Montgomery Street, Suite 900
San Francisco, CA 94111
(415) 438-4515

Attorneys for Defendant,
The Upper Deck Company, LLC

Dated: August 13, 2004