IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BUZZMARKETING, LLC** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| **THE UPPER DECK COMPANY, LLC** | : | NO. 03-4392 |

## JUDGMENT

**AND NOW**, this 16th day of, June, 2006, judgment is hereby entered in favor of defendant The Upper Deck Company, LLC and against plaintiff Buzzmarketing, LLC in the amount of $1,025.70.

*Michael E. Kunz*

**MICHAEL E. KUNZ**
**CLERK OF COURT**